IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON VELASQUEZ,

      Plaintiff,                      No. CIV S-07-2419 LKK GGH P

      vs.

ELHENDIE, et al.,

      Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On April 23, 2008, the court found that the complaint stated a colorable claim for relief against defendants Elhondie and Kernan. The court dismissed the claims against defendant Woodford with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of defendants Elhondie and Kernan and separately recommends dismissal of defendant Woodford.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Elhondie and Kernan.

        2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed November 9, 2007.

        3. Within thirty days from the date of this order, plaintiff shall complete the

1

attached Notice of Submission of Documents and submit the following documents to the court:

      a.  The completed Notice of Submission of Documents;

      b.  One completed summons;

      c.  One completed USM-285 form for each defendant listed in number 3 above; and

      d.  Three copies of the endorsed complaint filed November 9, 2007.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 07/23/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

vel2419.ser

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON VELASQUEZ,

      Plaintiff,                      No. CIV S-07-2419 LKK GGH P

    vs.

ELHENDIE, et al.,                  NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          ____ completed summons form

          ____ completed USM-285 forms

          ____ copies of the _____
                            Complaint/Amended Complaint

DATED:

                                      _____
                                      Plaintiff