IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON VELASQUEZ,

        Plaintiff,                    No. CIV S-07-2419 LKK GGH P

    vs.

ELHENDIE, et al.,

        Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On April 23, 2008, the court found that the complaint stated a colorable claim for relief against defendants Elhondie and Kernan. The court dismissed the claims against defendant Woodford with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, for the reasons stated in the April 23, 2008, order, the court now recommends dismissal of the claims against defendant Woodford. The court separately orders service of defendants Elhondie and Kernan.

        IT IS HEREBY RECOMMENDED that the claims against defendant Woodford in the November 9, 2007, complaint be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).

DATED:   07/23/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

vel2419.56