**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| AARON VELASQUEZ, | ) | 2:07-cv-02419-HDM |
| | ) | |
|               Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ELHENDIE, et al., | ) | |
| | ) | |
|               Defendants. | ) | |
| _____ | ) | |

    Defendants' motion for extension of time (#21) is granted.
Defendants shall have up to and including January 20, 2009, in
which to file a responsive pleading in this action.

    DATED: This 8th day of December, 2008.

*Howard D McKibben*

_____
UNITED STATES DISTRICT JUDGE