**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| AARON VELASQUEZ, | ) | 2:07-cv-02419-HDM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| ELHENDIE, et al., | ) | |
| Defendants. | ) | |

    The court has considered the findings and recommendations of the United States Magistrate Judge (#14) filed on July 23, 2008, in which the Magistrate Judge recommends that this court enter an order dismissing the plaintiff's claims against defendant Woodford. No objections to the report and recommendation have been filed and the time for filing any objections has expired.  The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the findings and recommendations of the United States Magistrate Judge (#14).

Accordingly, the plaintiff's claims against defendant Woodford are hereby dismissed.

DATED: This 9th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE