1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   AARON VELASQUEZ,                )        2:07-cv-02419-HDM-RAM
                                     )
12                  Plaintiff,       )
                                     )        ORDER
13   vs.                             )
                                     )
14   ELHENDIE, et al.,               )
                                     )
15                  Defendants.      )
     _____)

16

17        The plaintiff's motion for an extension of time in which to

18   file an opposition to defendant Kernan's motion to dismiss is

19   hereby granted.  Plaintiff shall have up to and including Monday,

20   March 2, 2009, in which to file his opposition to defendant

21   Kernan's motion to dismiss.

22        DATED: This 20th day of February, 2009.

23

24   _____
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28