**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

```
AARON VELASQUEZ,              )    2:07-cv-02419-HDM-RAM
                              )
          Plaintiff,          )
                              )    ORDER
vs.                           )
                              )
ELHENDIE, et al.,             )
                              )
          Defendants.         )
_____)
```

The plaintiff appears to have designated a new address in his "Motion to Not Dismiss the Action of this Case" (#28) filed on February 9, 2009. Accordingly, the plaintiff shall advise the court on or before April 9, 2009, whether the address on his "Motion to Not Dismiss" is the address to which all future pleadings should be sent. In the meantime, the clerk of the court is directed to send all future pleadings to the following addresses until further order of the court:

    1.    Aaron Velasquez
           P-86063
           Mule Creek State Prison
           P.O. BOX 409099
           Ione, CA 95640

1

2. Aaron Velasquez
   Kern Valley State Prison
   P.O. Box 6000
   Delano, CA  93216

In addition, on February 20, 2009, the court issued an order granting the plaintiff until March 2, 2009, to file an opposition to defendant Kernan's motion to dismiss.  Because it is unclear whether the plaintiff has received that order, the time for filing the opposition to defendant Kernan's motion to dismiss is extended to April 20, 2009, and the notice of this extension shall be given to the plaintiff at the two addresses set forth above.

**IT IS SO ORDERED.**

DATED: This 25th day of March, 2009.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE