UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON VELASQUEZ,                )    2:07-cv-02419-HDM-RAM
                                )
          Plaintiff,            )
                                )    ORDER
vs.                             )
                                )
ELHENDIE, et al.,               )
                                )
          Defendants.           )
_____ )

Exhibit B to defendant Kernan's motion to dismiss (#26) appears to be a declaration by N. Grannis in support of a motion to dismiss in *James Edward Roberts v. Correctional Officer Salano*, 1:08-cv-00162-LJO-GSA. This document is irrelevant to the motion to dismiss filed by defendant Kernan in this action and accordingly is stricken. Defendant Kernan is granted up to and including April 7, 2009, in which to file any additional affidavits or declarations in support of his motion to dismiss.

DATED: This 25th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE