# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON VELASQUEZ, | ) | 2:07-cv-02419-HDM-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ELHENDIE, et al., | ) | |
| Defendants. | ) | |

The declaration of N. Grannis in support of defendant Kernan's motion to dismiss references a grievance filed by plaintiff that discusses his classification as a Northern Hispanic Gang member, appeal number SAC-07-00586. Defendant Kernan is hereby ordered to provide a copy of appeal number SAC-07-00586 on or before April 27, 2009.

DATED: This 6th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE