1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   AARON VELASQUEZ,                )        2:07-cv-02419-HDM-RAM
                                     )
12                   Plaintiff,      )
                                     )        ORDER
13   vs.                             )
                                     )
14   ELHENDIE, et al.,               )
                                     )
15                   Defendants.     )
     _____)
16

17        The plaintiff's motion for an extension of time in which to

18   file an opposition to defendant Elhindi's motion to dismiss is

19   hereby granted.  Plaintiff shall have up to and including Thursday,

20   April 23, 2009, in which to file his opposition to defendant

21   Elhindi's motion to dismiss.

22        DATED: This 8th day of April, 2009.

23
                              _Howard D McKibben_
24                            _____
                              UNITED STATES DISTRICT JUDGE
25

26

27

28