| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

AARON VELASQUEZ,                )    2:07-cv-02419-HDM-RAM
                                )
        Plaintiff,              )
                                )    ORDER
vs.                             )
                                )
ELHENDIE, et al.,               )
                                )
        Defendants.             )
_____)

    On April 9, 2009, the plaintiff filed a notice of change of address. Accordingly, all future service shall be made at the address provided by the plaintiff:

    Aaron Velasquez
    Kern Valley State Prison
    P.O. Box 6000
    Delano, CA 93216

The clerk of the court shall no longer direct service to:

    Aaron Velasquez
    P-86063
    Mule Creek State Prison
    P.O. Box 409099

Ione, CA 95640

**IT IS SO ORDERED.**

DATED: This 20th day of April, 2009.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE