UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON VELASQUEZ, | ) | 2:07-cv-02419-HDM-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ELHENDIE, et al., | ) | |
| Defendants. | ) | |

In his complaint, plaintiff asserts that although he is a Muslim, defendant Kernan improperly classified him as a Northern Hispanic gang member. It is unclear from the record when such classification took place. Given that the attack underlying the complaint occurred on July 4, 2007, in the Northern Hispanic gang yard, Kernan may have classified plaintiff prior to July 2007. The declarations of N. Grannis and R. Carter in support of Kernan's motion to dismiss (Exhibits A & B) indicate they searched the records at California State Prison, Sacramento for the period between July 2007 and November 2007 to determine whether the plaintiff filed any inmate appeals relevant to this action.

In order to fully evaluate whether plaintiff failed to exhaust

his administrative remedies, the court must determine whether any appeals were filed relevant to his claims between the time Kernan classified plaintiff as a Northern Hispanic gang member and the time he initiated this action. Accordingly, Kernan shall have up to and including June 1, 2009, in which to supplement his motion to dismiss to include any evidence prior to July 2007 showing plaintiff failed to exhaust his administrative remedies, or to identify the date on which Kernan allegedly improperly classified the plaintiff as a Northern Hispanic gang member.

In addition, on or before June 1, 2009, Kernan shall provide the court with a copy of plaintiff's original grievance in appeal number SAC-07-00586, together with any documents that reflect consideration of that grievance prior to the Director's Level Appeal Decision issued on October 5, 2007, which has been provided to the court.

Plaintiff shall file any opposition to Kernan's motion to dismiss no later than June 22, 2009.

**IT IS SO ORDERED.**

DATED: This 12th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE