# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON VELASQUEZ, | ) | 2:07-cv-02419-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ELHENDIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The order of May 13, 2009, (#45) granting defendant Elhindi's motion to dismiss is hereby amended to reflect the limited scope of the order. Under the terms of the order, plaintiff's claims against defendant Elhindi are dismissed without prejudice. The court did not intend to dismiss plaintiff's claims against defendant Kernan, and they are not affected by the court's order. Accordingly, the sentence of that order beginning at line 18 on page 7 is stricken and replaced by the following: "Defendant

1

Elhindi's motion to dismiss (#27) is therefore granted, and defendant Elhindi is hereby dismissed from this action without prejudice."

**IT IS SO ORDERED.**

DATED: This 13th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE